IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| FREDDIE LEE FOUNTAIN, #1640115 | § | |
| VS. | § | CIVIL ACTION NO. 6:12cv877 |
| INTERNAL REVENUE SERVICE | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Plaintiff's motion to dismiss (docket entry #13) is **GRANTED**. It is further

**ORDERED** that the complaint is **DISMISSED** without prejudice. Fed. R. Civ. P. 41(a)(1). It is further

**ORDERED** that the Plaintiff's motion to waive the filing fee (docket entry #16) is **DENIED**. *See Hatchet v. Nettles*, 201 F.3d 651, 654 (5th Cir. 2000) ("No relief from an order directing payment of the filing fee should be granted for a voluntary dismissal."). It is further

1

**ORDERED** that all motions not previously ruled on are **DENIED**. It is finally

**ORDERED** that the Defendant need not respond to the summons issued in this case.

**So ORDERED and SIGNED this 15th day of February, 2013.**

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE